# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF INDIANA
### FORT WAYNE DIVISION

| | |
|---|---|
| GLOBAL ARCHERY PRODUCTS, INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JORDAN GWYTHER d/b/a )<br>LARPING.ORG and UPSHOT ARROWS, )<br>)<br>Defendant. ) | Civil Action No.: 1:15-cv-297-JVB-SLC |

## STIPULATED DISMISSAL OF PATENT COUNTS WITH PREJUDICE

Plaintiff Global Archery Products, Inc. ("Global Archery"), pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby dismisses with prejudice Counts 1 and 2 (the patent infringement counts) in the present action as it relates to the iDV arrows being sold by Mr. Gwyther.

Dated: March 31, 2016         s/Dean E. McConnell
Dean E. McConnell, Esq.  Atty No. 20254-49
INDIANO & McCONNELL LLP
9795 Crosspoint Blvd., Suite 185
Indianapolis, IN  46256
Phone:  (317) 912-1331
Fax:  (317) 927-8279
dean@im-iplaw.com


 s/Gregg S. Gordon
Gregg S. Gordon, Attorney No. 19360-49
Of Counsel, Cremer & Cremer
8038 N 600 W, Ste 400
McCordsville, Indiana 46055
Telephone: (317) 335-3360
Fax:  (317) 335-3361
GGordon@Geistlaw.com

s/ Mark P. Walters
Mark P. Walters
LOWE GRAHAM JONES PLLC
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
Telephone:  206-381-3300
walters@lowegrahamjones.com

s/ Robert T. Keen, Jr.
Robert T. Keen, Jr.
215 East Berry Street
Fort Wayne, Indiana 46802
Telephone:  260-423-9551
rtk@barrettlaw.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing was electronically filed on this 31st day of March 2016, by way of the Court's electronic filing system, and that a copy of this filing will be sent to all counsel of record via the Court's electronic filing system.

/s/  Dean E. McConnell