# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF INDIANA
# FORT WAYNE DIVISION

| | |
|---|---|
| GLOBAL ARCHERY PRODUCTS, INC., | |
| Plaintiff, | Civil Action No. 1:15-cv-00297-JVB-SLC |
| v. | DECLARATION OF JORDAN GWYTHER IN SUPPORT OF OBJECTION TO PERSONAL JURISDICTION |
| JORDAN GWYTHER d/b/a/ LARPING.ORG and UPSHOT ARROWS, | |
| Defendant. | |

I, Jordan Gwyther, hereby state and declare as follows:

1. I am the defendant in the above-captioned matter. I make the following statements under penalty of perjury, in support of Defendant's Objection to Plaintiff's Brief on Personal Jurisdiction.

2. I currently reside in Washington State. My businesses, i.e., Larping.org and Upshot Arrows are run by me from my home.

3. I have never been to Indiana. I have no employees or operations in Indiana.

4. I do not target any particular state with my advertising. All of my products are sold online. All of my advertising and marketing activities are done online from my location in Washington State.

DECLARATION OF JORDAN GWYTHER IN SUPPORT
OF OBJECTION TO PERSONAL JURISDICTION - 1
Civil Action No. 1:15-cv-00297-JVB-SLC
JORD-6-1001P10 DEC JG re RESP PJ

LOWE GRAHAM JONES PLLC

701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301

5. I have sold only a handful of products to Indiana residents. As far as I am aware, none of my communciaiotns with customers or potential customers in Indiana are relevant or related to the remaining claims in this case.

6. I searched my electronic records for communicaitons with Indiana residents. What I found from this search is attached to this declration as **Exhibit A**.

DATED this 6th day of April, 2016.

*Jordan Gwyther*
Jordan Gwyther at Seattle, WA

DECLARATION OF JORDAN GWYTHER IN SUPPORT
OF OBJECTION TO PERSONAL JURISDICTION - 2
Civil Action No. 1:15-cv-00297-JVB-SLC
JORD-6-1001P10 DEC JG re RESP PJ

LOWE GRAHAM JONES PLLC
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301

# CERTIFICATE OF SERVICE

I hereby certify that on April 6, 2016, I electronically served the foregoing with this **CERTIFICATE OF SERVICE** upon the following attorney of record:

Dean E. McConnell
9795 Crosspoint Blvd., Suite 185
Indianapolis, IN 46256
dean@dean-mcconnell.com

*Attorney for Global Archery Products, Inc.*

Gregg S. Gordon
ggordon@geistlaw.com

James P. Fenton
803 South Calhoun Streen, 4th Floor
Fort Wayne, IN 46802
fenton@eflawyers.com

*Attorney for Amicus Curiae Electronic Frontier Foundation*

LOWE GRAHAM JONES PLLC

s/Laurie Gero
Laurie Gero

DECLARATION OF JORDAN GWYTHER IN SUPPORT
OF OBJECTION TO PERSONAL JURISDICTION - 3
Civil Action No. 1:15-cv-00297-JVB-SLC
JORD-6-1001P10 DEC JG re RESP PJ

LOWE GRAHAM JONES PLLC
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301