**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION**

| | |
|---|---|
| GLOBAL ARCHERY PRODUCTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> JORDAN GWYTHER d/b/a/ LARPING.ORG and UPSHOT ARROWS, <br><br> Defendant. | Civil Action No. 1:15-cv-00297-JVB-SLC <br><br> DECLARATION OF MARK P. WALTERS IN SUPPORT OF DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION TO STAY DISCOVERY |

I, Mark P. Walters, hereby state and declare as follows:

1.        I am one of the attorneys representing the defendant, Jordan Gwyther, in the above-captioned matter. I make the following statements under penalty of perjury, in support of Defendant's Response to Plaintiff's Motion to Stay Discovery.

2.        Attached as Exhibit A is a true and correct copy of Plaintiff's First Interrogatories.

3.        Attached as Exhibit B is a true and correct copy of Plaintiff's First Requests for Production.

DECLARATION OF MARK P. WALTERS IN SUPPORT
OF DEFENDANT'S RESPONSE TO PLAINTIFF'S
MOTION TO STAY DISCOVERY - 1

LOWE GRAHAM JONES PLLC

701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301

4.        Mr. Gwyther responded to Plaintiff's first interrogatories and requests for production within the seven (7) time-frame by producing responses and objections; documents produced subject to objections were produced the following day.

5.        On February 26, 2016, the Court ordered the parties to brief the issues of personal jurisdiction and venue. That briefing was complete as of April 15, 2016.

6.        Attached as Exhibit C is a true and correct copy of Mr. Gwyther's Notice of Deposition for Mr. John Jackson.

7.        Attached as Exhibit D is a true and correct copy of Mr. Gwyther's initial disclosures.

8.        Attached as Exhibit E is a true and correct copy of Plaintiff's initial disclosures.

9.        Mr. Jackson is an owner and principal of Plaintiff Global Archery.

10.        Attached as Exhibit F is a true and correct copy of an email exchange between counsel for Plaintiff, Dean McConnell and me that occurred over April 1, 2016 to April 14, 2016.

11.        Attached as Exhibit G is a true and correct copy of my letter to counsel for Plaintiff dated May 3, 2016.

12.        Attached as Exhibit H is a true and correct copy of an email from counsel for Plaintiff to me dated May 3, 2016.

DATED: May 9, 2016

s/Mark P. Walters
Mark P. Walters at Seattle, King County, WA

DECLARATION OF MARK P. WALTERS IN SUPPORT
OF DEFENDANT'S RESPONSE TO PLAINTIFF'S
MOTION TO STAY DISCOVERY - 2
Civil Action No. 1:15-cv-00297-JVB-SLC
JORD-6-1001P11 DEC_MPW in SUPP MSTY

LOWE GRAHAM JONES ᴘʟʟᴄ

701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301

1

## **CERTIFICATE OF SERVICE**

2

3

I hereby certify that on May 9, 2016, I electronically served the foregoing with this **CERTIFICATE OF SERVICE** upon the following attorney of record:

4

Dean E. McConnell
9795 Crosspoint Blvd., Suite 185

5

Indianapolis, IN 46256
dean@dean-mcconnell.com

6

7

*Attorney for Global Archery Products, Inc.*

8

Gregg S. Gordon
ggordon@geistlaw.com

9

10

James P. Fenton
803 South Calhoun Streen, 4th Floor

11

Fort Wayne, IN 46802
fenton@eflawyers.com

12

13

*Attorney for Amicus Curiae Electronic Frontier Foundation*

14

LOWE GRAHAM JONES PLLC

15

16

s/Laurie Gero
Laurie Gero

17

18

19

20

21

22

23

24

25

26

27

DECLARATION OF MARK P. WALTERS IN SUPPORT
OF DEFENDANT'S RESPONSE TO PLAINTIFF'S
MOTION TO STAY DISCOVERY - 3
Civil Action No. 1:15-cv-00297-JVB-SLC
JORD-6-1001P11 DEC_MPW in SUPP MSTY

LOWE GRAHAM JONES PLLC

701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301