# EXHIBIT F

| | |
|---|---|
| **From:** | Dean McConnell |
| **To:** | Mark Walters; Laurie Gero; ggordon@geistlaw.com; fenton@eflawyers.com |
| **Cc:** | rtk@barrettlaw.com; Heather N. Warner |
| **Subject:** | RE: Global Archery Products, Inc. v. Jordan Gwyther, No. 1:15-cv-00297-JVB-SLC |
| **Date:** | Thursday, April 14, 2016 6:40:03 PM |

Mark:

I will check my client's schedule and let you know. I think your notice is premature given the pending issues to dismiss the case for lack of personal jurisdiction. I don't think any deposition needs to take place until the Court's ruling on that issue. Your pressure to proceed only supports our position that you have waived jurisdictional challenges.

Dean


Sent from my Verizon, Samsung Galaxy smartphone


-------- Original message --------
From: Mark Walters <walters@lowegrahamjones.com>
Date: 4/14/16 7:03 PM (GMT-05:00)
To: Dean McConnell <dean@dean-mcconnell.com>, Laurie Gero <gero@lowegrahamjones.com>, ggordon@geistlaw.com, fenton@eflawyers.com
Cc: rtk@barrettlaw.com, "Heather N. Warner" <hnw@barrettlaw.com>
Subject: RE: Global Archery Products, Inc. v. Jordan Gwyther, No. 1:15-cv-00297-JVB-SLC

Dean:

Can you please confirm that you will make Mr. Jackson available for deposition at the noticed date, time, and place? Please understand that there is no requirement for Defendant to conduct a deposition under Rule 30(b)(6). Rule 30(a)(1) states that "[a] party may, by oral questions, depose any person, including a party, without leave of court except as provided in Rule 30(a)(2)." There is no requirement in the rule for the notice to contain the subject of inquiry. If Mr. Jackson believes the deposition is improper, he has the burden to move for a protective order and if he fails to appear, he could face sanctions. *See* Rule 37(d)(2); *see also Odongo v. City of Indianapolis*, No. 1:14-cv-00710-TWP-MJD 2015 U.S. Dist. LEXIS 31535 (S.D. Ind. March 13, 2015).

Sincerely,

Mark.

---

**From:** Dean McConnell [mailto:dean@dean-mcconnell.com]
**Sent:** Friday, April 01, 2016 4:29 PM
**To:** Laurie Gero; ggordon@geistlaw.com; fenton@eflawyers.com
**Cc:** Mark Walters; rtk@barrettlaw.com; Heather N. Warner
**Subject:** RE: Global Archery Products, Inc. v. Jordan Gwyther, No. 1:15-cv-00297-JVB-SLC

This deposition notice is deficient.  It does not state what Mr. Jackson is supposed to testify to or what the deposition is about. Mr. Jackson will not appear until such time that a proper notice is issed. A 30 (b)(6) deposition notice is required.

Dean


Sent from my Verizon Wireless 4G LTE smartphone


-------- Originalmessage--------
From: Laurie Gero <gero@lowegrahamjones.com>
Date: 4/1/2016 6:40 PM (GMT-05:00)
To: Dean McConnell <dean@dean-mcconnell.com>, ggordon@geistlaw.com, fenton@eflawyers.com
Cc: Mark Walters <walters@lowegrahamjones.com>, rtk@barrettlaw.com, "Heather N. Warner" <hnw@barrettlaw.com>
Subject: Global Archery Products, Inc. v. Jordan Gwyther, No. 1:15-cv-00297-JVB-SLC

Counsel,

Attached please the find service copies of:

- Notice of Deposition of John Jackson

Please let us know if you have any trouble opening the attachment.

Thank you,


Laurie Gero
Paralegal/Docketing
LOWE GRAHAM JONES
701 Fifth Avenue, Suite 4800 - Seattle, Washington 98104
206.381.3300  Fax:  206.381.3301  LoweGrahamJones.com
gero@LoweGrahamJones.com

Information in this email message may be privileged, confidential and protected from disclosure. If received in error, please respond and destroy all copies.