# EXHIBIT G

**LOWE GRAHAM JONES** PLLC
Intellectual Property Attorneys

701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301
LoweGrahamJones.com

May 3, 2016

VIA EMAIL:

Dean E. McConnell
9795 Crosspoint Blvd., Suite 185
Indianapolis, IN 46256
dean@dean-mcconnell.com

Mark P. Walters, Esq.
Direct: 206.957.2470
Walters@LoweGrahamJones.com

    Re:    *GLOBAL ARCHERY PRODUCTS, INC. v. JORDAN GWYTHER D/B/A/ LARPING.ORG AND UPSHOT ARROWS*, No. 1:15-cv-00297-JVB-SLC (ND Ind.)

Dear Mr. McConnell,

We are in receipt of your motion to stay discovery, Docket Entry No. 44. We are treating this motion as one for a protective order under FRCP 26 with respect to current discovery deadlines, including the due date for your responses to Mr. Gwyther's written discovery requests (which were due April 28, 2016) and the upcoming deposition of Mr. Jackson (noted for May 6, 2016 at the office of our local counsel in Fort Wayne, Indiana). If our understanding is incorrect and it is your intention to comply with these discovery deadlines while the motion is pending, please let us know immediately.

Very truly yours,

LOWE GRAHAM JONES PLLC

Mark P. Walters

cc: Gregg S. Gordon (ggordon@geistlaw.com)
    James P. Fenton (fenton@eflawyers.com)
    Robert T. Keen, Jr. (rtk@barrettlaw.com)
    Heather N. Warner (hnw@barrettlaw.com)



Patents
Trademarks
Copyrights
Agreements
Litigation

JORD-6-1001L05