# EXHIBIT H

| | |
|---|---|
| From: | Mark Walters |
| To: | Laurie Gero |
| Subject: | Fwd: Today"s Letter |
| Date: | Friday, May 06, 2016 3:53:21 PM |

Sent from my iPhone

Begin forwarded message:

> **From:** Dean McConnell <dean@im-iplaw.com>
> **Date:** May 3, 2016 at 12:10:24 PM PDT
> **To:** "Walters@LoweGrahamJones.com" <Walters@LoweGrahamJones.com>
> **Cc:** Gregg S Gordon <ggordon@geistlaw.com>
> **Subject: Today's Letter**
>
> Mark:
>
> Our motion to stay discovery pending the Court's ruling on the dismissal issue is just that, a motion to stay discovery in this case.  There is no need for either side to spend any more time or money on this matter if the Court dismisses the case for lack of personal jurisdiction.  My client will not be available for deposition on May 6.  We will respond to your discovery requests after the Court rules on both motions.
>
> I am free to discuss if you would like.  Thanks.
>
> Dean E. McConnell, Esq.
>
> 9795 Crosspoint Blvd., Suite 185 | Indianapolis, IN  46256
>
> Office:  317-912-1331 | Fax:  317-927-8279
>
> dean@im-iplaw.com   www.im-iplaw.com
>
> 
>
> CONFIDENTIALITY STATEMENT
> This e-mail message is for the sole use of the recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient(s), please contact the sender by reply e-mail and destroy all copies of the original message. IRS Circular 230 Notice: Advice rendered in this communication, including attachments, on U.S. tax issues (i) is not intended or written to be used, and it cannot be used, for the purpose of avoiding penalties that may be imposed by the IRS on taxpayers, and (ii) may not be used or referred to in promoting, marketing or recommending a partnership or other entity, investment plan or arrangement. This notice is intended to comply with Section 10.35 of IRS Circular 230, which is located at http://www.irs.gov/pub/irs-pdf/pcir230.pdf.